In the Matter of the Probate of the Last Will and Testament of MARY HALL, Deceased.

(Argued October 29, 1889; decided November 26, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 11, 1888, which affirmed a decree of the surrogate of Kings county which admitted to probate the last will and testament of Mary Hall, deceased.

*Calvin Frost* for appellants.

*Joseph A. Burr, Jr.,* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.